US00D866998S

# (12) United States Design Patent
## Zheng

(10) Patent No.: **US D866,998 S**
(45) Date of Patent: ** **Nov. 19, 2019**

(54) **MAT FOR BABY**

(71) Applicant: **Shen Zhen Pin Zheng Digital Electronic Technology Co., Ltd**, Shenzhen, Guangdong (CN)

(72) Inventor: **Allen Zheng**, Guangdong (CN)

(73) Assignee: **Shen Zhen Pin Zheng Digital Electronic Technology Co., Ltd**, Shenzhen (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/700,410**

(22) Filed: **Aug. 2, 2019**

(51) LOC (12) Cl. ............................................. **06-06**
(52) U.S. Cl.
 USPC ............................. **D6/333**; D6/598; D6/604
(58) **Field of Classification Search**
 USPC ......... D6/331, 333, 582–584, 588, 589, 592, D6/596–598, 601, 604, 718.27; D21/808
 CPC .... A47D 13/063; A47D 15/003; A47D 5/006; A47G 27/0212; A47G 7/0225; A47L 23/26; A47L 23/266
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,629,884 A * | 2/1953 | McMonagle | ............ | A47D 5/00 5/655 |
| 2,727,242 A * | 12/1955 | Pascal | .................. | A47D 15/003 2/69 |
| 2,920,411 A * | 1/1960 | Mitchell | ............ | A47G 27/0262 428/16 |
| D289,191 S * | 4/1987 | Wolfe | ........................... | D21/808 |
| D357,589 S * | 4/1995 | Langhammer | .................... | 5/945 |
| 5,471,690 A * | 12/1995 | McNeil | ................. | A47C 7/383 297/397 |
| D394,978 S * | 6/1998 | Smith | ............................ | D6/331 |
| D436,281 S * | 1/2001 | Thompson | ..................... | D6/333 |
| 6,505,366 B1 * | 1/2003 | Lied | ..................... | A47D 15/003 5/655 |
| D474,060 S * | 5/2003 | Zeepvat | ......................... | D6/598 |
| D519,594 S * | 4/2006 | Brown | ......................... | D21/603 |
| D597,638 S * | 8/2009 | Lebrun | ....................... | D23/304 |
| D612,547 S * | 3/2010 | Zine | ............................. | D30/118 |
| D650,558 S * | 12/2011 | Ruse-Petersen | ............... | D2/719 |
| D651,440 S | 1/2012 | Roach | | |
| D834,676 S * | 11/2018 | Hsu | ............................. | D21/808 |
| 10,163,321 B2 * | 12/2018 | Furuland | .............. | A61B 5/6892 |
| D839,007 S * | 1/2019 | Craine | .......................... | D6/333 |
| D858,674 S * | 9/2019 | Shu | .............................. | D21/808 |

(Continued)

OTHER PUBLICATIONS

"Deluxe Fill n Fun Water Mat from International Playthings" TTPM Toy Reviews. Youtube.com. May 4, 2015 <https://www.youtube.com/watch?v=hE2Q4MXM5iI>. Accessed on Sep. 13, 2019.*

*Primary Examiner* — Kevin K Rudzinski
*Assistant Examiner* — Clare Ann Gannon

(57) **CLAIM**

The ornamental design for a mat for baby, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a mat for baby showing my new design;
FIG. **2** is a back perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a back view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a top view thereof; and,
FIG. **8** is a bottom view thereof.
The broken lines in the figures illustrate portions of the mat for baby that form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



(56)  **References Cited**

U.S. PATENT DOCUMENTS

2016/0088953 A1 *   3/2016   Benezri ................ A47D 13/063
                                                           224/261

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8