IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHENZHEN ZHEN PIN ZHENG DIGITAL ELECTRONIC TECHNOLOGY CO., LTD<br><br>             Plaintiff,<br><br>        v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>             Defendants. | Civil Action No. 1:21-cv-01916<br><br>JURY TRIAL DEMANDED<br><br>Judge: John J. Tharp, Jr. |

## PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER

Plaintiff Shenzhen Zhen Pin Zheng Digital Electronic Technology Co., Ltd. ("Plaintiff") respectfully requests this Court extend the Temporary Restraining Order ("TRO") entered in this matter (Dkt. No. 20) for an additional fourteen (14) days, through and including May 19, 2021. This is Plaintiff's first request for an extension of the TRO. The reasons for such are set forth in the concurrently filed Memorandum of Law in Support.

Dated this 1st day of May, 2021.          Respectfully submitted,

/s/ *Hao Ni*
Hao Ni
Texas Bar No.: 24047205
Ni, Wang & Massand, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
972.331.4600
97.314.0900 (facsimile)
hni@nilawfirm.com

David Randolph Bennett
Direction IP Law
P.O. Box 14184
2620 N. Burling St.,
Chicago, IL 60614
(312)291-1667
Email: dbennett@directionip.com
*Counsel for Plaintiff Shenzhen Zhen Pin Zheng Digital Electronic Technology Co., Ltd*

### CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

         */s/ Hao Ni*
         Hao Ni