**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **SHENZHEN ZHEN PIN ZHENG DIGITAL ELECTRONIC TECHNOLOGY CO., LTD**<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**<br><br>　　　　　　Defendants. | Civil Action No. 1:21-cv-01916<br><br>JURY TRIAL DEMANDED<br><br>Judge: John J. Tharp, Jr. |

**DECLARATION OF STEVENSON MOORE**

I, Stevenson Moore hereby declare, and state as follows:

1.　　I am an attorney with the law firm Ni, Wang & Massand, PLLC. I am over the age of eighteen and make this declaration from personal knowledge, unless otherwise indicated below. I make this declaration in support of Plaintiff's Motion to Extend the Temporary Restraining Order.

2.　　I represent Plaintiff Shenzhen Zhen Pin Zheng Digital Electronic Technology Co., Ltd. ("Plaintiff") in the above-styled case.

3.　　Since the entry of this Court's Temporary Restraining Order, Plaintiff has worked diligently to comply with the terms of the order.

4.　　I served copies of the Temporary Restraining Order on the third parties identified in the Temporary Restraining Order (*i.e*, Amazon.com, Aliexpress.com, Wish.com, Alibaba.com,

eBay.com, and Paypal, Inc.) on April 21, 2021, the same day the Court entered the Temporary Restraining Order.

5. Plaintiff has yet to receive a response from Alibaba.com, Aliexpress.com, Wish.com, and PayPal.com parties regarding the requested discovery related to Defendants' identifying information and associated financial accounts.

6. Once Plaintiff receives the required information from the third parties, Plaintiff can begin the process of identifying and freezing those accounts within the control of third-party payment processors, including providing the Defendants' identifying information. As such, Plaintiff and the third parties require more time to ensure compliance with this Court's Temporary Restraining Order.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on the 30th day of April, in Dallas, Texas.

                                                                                     /s/ Stevenson Moore
                                                                                      Stevenson Moore