IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHENZHEN ZHEN PIN ZHENG DIGITAL ELECTRONIC TECHNOLOGY CO., LTD<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Civil Action No. 1:21-cv-01916<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION AND ASSET RESTRAINT

Plaintiff Shenzhen Zhen Pin Zheng Digital Electronic Technology Co., Ltd. ("Plaintiff") seeks entry of a preliminary injunction against the remaining Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing Plaintiff products and a temporary asset restraint in an action arising out of 35 U.S.C. § 271.  A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 18th day of May, 2021.　　　Respectfully submitted,

/s/ *Hao Ni*
David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
e-mail: dbennett@directionip.com

*Of Counsel:*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com

**Ni, Wang & Massand, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900
*Counsel for Plaintiff Shen Zhen Pin Zheng Digital Electronic Technology Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of May, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of 18th day of May, 2021, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

　　　　　　　　　　　　　　　　　/s/ *Hao Ni*
　　　　　　　　　　　　　　　　　Hao Ni