# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: SHENZHEN ZHEN PIN ZHENG DIGITAL ELECTRONIC TECHNOLOGY CO., LTD v. The Partnerships et. al.

Case Number: 21-cv-1916

An appearance is hereby filed by the undersigned as attorney for:

See attached Defendants List

Attorney name (type or print): Charles McElvenny

Firm: McElvenny IP LLC

Street address: 33 N. Dearborn St., Suite 1000

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6281350

Telephone Number: 312-291-8330

Email Address: charlie@cemlawfirm.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | √ |
| Are you acting as local counsel in this case? | √ | ☐ |
| Are you a member of the court's trial bar? | √ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | √ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. § 1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 18, 2021.

Attorney signature: S/ Charles McElvenny

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

# DEFENDANTS LIST

| No. | Seller Name | No. | Seller Name |
|---|---|---|---|
| 50 | Xingovera | 87 | themswc |
| 51 | Tinymall | 89 | NaHonShop |
| 53 | oawoa38shop | 90 | Wioiostore |
| 56 | drillsy18 | 91 | Joesy wig |
| 57 | iulikelos | 92 | babytianyi |
| 58 | ltdfodmmg | 93 | seign15gds |
| 59 | mpecnheya | 95 | pingguiyinghang |
| 60 | nurlike | 96 | BnlPavib |
| 62 | Tostaner | 97 | wangxiuxiangk |
| 64 | Haotimall | 99 | YifanFengshun Shop |
| 65 | fashions-stores | 100 | DOLEXEW |
| 66 | wu wei12345 | 101 | Eightguaihandwork |
| 67 | Hello, miss bear | 103 | twkwu06shop |
| 68 | ningboyongzhagushipindian | 104 | licashaye |
| 69 | cmertion woke | 105 | reqijheya |
| 70 | shenzhenganjintouzifazhanyouxiangongsi | 106 | zlamor |
| 71 | mirdubdhgc | 107 | BETTERCHOS |
| 72 | iobhtv vyed | 108 | Lianyilian |
| 73 | zhangguoyou | 110 | lihncheya |
| 74 | Cucunten | 112 | SmileDay Shop |
| 75 | hudj2020 | 114 | yucexhay |
| 76 | qinseyinmiaodian | 116 | Canzuimao |
| 78 | zhenwenying | 117 | zuqnyheya |
| 79 | qiongjiaxiaomiwu | 121 | Meludepon |
| 80 | benemax | 122 | waybihey |
| 81 | Tostaner | 123 | Sanxindui |
| 83 | fmqgb26shop | 128 | ALLINKCO |
| 84 | katti-Free Shop | 133 | INSAKURAM |
| 85 | eternmyth | 136 | pingguiyinghang |
| 86 | azulzou | 138 | Ziyueyuanwon |